UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN H. UNDERHILL

    *Plaintiff*,

v.                                                             Case No. 2:03-cv-137
                                                                       HON. R. ALLAN EDGAR

ILLINOIS STUDENT
ASSISTANCE COMMISSION,

    *Defendant*.
_____/

## JUDGMENT

In accordance with the accompanying memorandum opinion, the Court does not adopt the report and recommendation of United States Magistrate Judge Timothy P. Greeley [Court Doc. No. 7] under 28 U.S.C. § 636(b)(1). The plaintiff's application for default judgment [Court Doc. No. 9] is **GRANTED** pursuant to Fed. R. Civ. P. 55(b)(2).

This is an action for declaratory judgment brought pursuant to 28 U.S.C. §§ 2201 and 2202. This **DECLARATORY JUDGMENT** is rendered in favor of plaintiff John H. Underhill against defendant Illinois Student Assistance Commission pursuant to 28 U.S.C. § 2201 as follows. The Court **ADJUDGES and DECLARES** that plaintiff John H. Underhill, attorney at law, whose law office address is 718 Ashmun Street, Sault Ste. Marie, Michigan 49783, is not indebted in any amount of money to defendant Illinois Student Assistance Commission. Plaintiff John H. Underhill has never borrowed any money from or through the defendant. Plaintiff John H. Underhill has never

incurred any financial debt or obligation for student education loans owed to defendant Illinois Student Assistance Commission.

Each party shall bear their own costs of this action. The Clerk of Court shall close the record in this case. This is a **FINAL JUDGMENT**.

SO ORDERED.


Dated: *September 21, 2005*                           */s/ R. Allan Edgar*
                                                                            R. ALLAN EDGAR
                                                                  UNITED STATES DISTRICT JUDGE